**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

**Jordan Bailey**

        Plaintiff,

vs

        Case No. 2:19-cv-1677

**Black Tie Management Company LLC et al.**

        Defendant,

**CERTIFICATE OF MAILING BY CLERK**

**Certified mail service** has been done by the Clerk, U.S. District Court on May 3rd, 2019.  A copy of the Complaint and Issued Summons was sent to the following location:

| **Black Tie Moving Services LLC**<br>**C/O United States Corporation Agents, Inc.**<br>**9900 Spectrum Drive**<br>**(7019 0160 0000 3537 6048)** | **Black Tie Management Company LLC**<br>**C/O United States Corporation Agents, Inc.**<br>**9900 Spectrum Drive**<br>**(7019 0160 0000 3537 6017)** |
|---|---|

| | |
|---|---|
| **Chris Hess**<br>**6208 Lakeshire Drive**<br>**Dublin, OH 43017**<br>**(7019 0160 0000 3537 6055)** | **James Dustin Black**<br>**7 Winged Foot Place**<br>**Brentwood, TN 37027**<br>**(7019 0160 0000 3537 6062)** |
| **Black Tie Moving Columbus LLC**<br>**C/O Chris Hess**<br>**6208 Lakeshire Drive**<br>**Dublin, OH 43017**<br>**(7019 0160 0000 3537 6079)** | **Black Tie Moving Cleveland LLC**<br>**C/O Chris Hess**<br>**6208 Lakeshire Drive**<br>**Dublin, OH 43017**<br>**(7019 0160 0000 3537 6031)** |
| **Black Tie Moving Cincinnati LLC**<br>**C/O Chris Hess**<br>**6208 Lakeshire Drive**<br>**Dublin, OH 43017**<br>**(7019 0160 0000 3537 6024)** | |

**Richard W. Nagel, Clerk**

By:  /s/Donald A. Fitzgerald III
     Donald A. Fitzgerald III, Deputy Clerk