**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JORDAN BAILEY, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED,** | ) ) ) | Case No. 2:19-cv-01677 |
| Plaintiff, | ) ) | Judge Edmond A. Sargus, Jr. |
| vs. | ) ) ) | Magistrate Judge Kimberly A. Jolson |
| **BLACK TIE MANAGEMENT COMPANY LLC, ET AL.,** | ) ) ) ) | **NOTICE OF FILING CONSENT TO JOIN FORMS PURSUANT TO 29 U.S.C. § 216(b)** |
| Defendants. | ) | |

Named Plaintiff Jordan Bailey hereby files the attached Consent to Join forms pursuant to 29 U.S.C. § 216(b) for the following individuals:

| LAST NAME | FIRST NAME |
|---|---|
| Hart | Chris |
| Hatch | Bradley |
| Mathis | Jared |
| Stephens | Mackinsey R |
| Taylor | Kyler |
| Teague | Jeffrey |
| Turner | Antonio |
| Williams | Avery |
| Ysaguire | Rodolfo |

Respectfully Submitted,
**NILGES DRAHER LLC**

*/s/Robi J. Baishnab*
Robi J. Baishnab (0086195)
Robi J. Baishnab (0086195)
34 N. High St., Ste. 502
Columbus, OH 43215
Telephone: (614) 824-5770
Facsimile: (330) 754-1430
Email: rbaishnab@ohlaborlaw.com

        Hans A. Nilges (0076017)
        Shannon M. Draher (0074304)
        7266 Portage Street, N.W., Suite D
        Massillon, OH 44646
        Telephone:   (330) 470-4428
        Facsimile:   (330) 754-1430
        Email:   hans@ohlaborlaw.com
                sdraher@ohlaborlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2020, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Robi J. Baishnab
        Robi J. Baishnab (0086195)
        *Counsel for Plaintiffs*