IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BTM000014FDB0

CHRIS HART

Claim Number 1001047

JORDAN BAILEY, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

BLACK TIE MANAGEMENT COMPANY LLC, *et al.*,

    Defendants.

CASE NO. 2:19-cv-01677-EAS-KAJ

JUDGE EDMOND A. SARGUS, JR.

**CONSENT TO JOIN**

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by Nilges Draher, LLC. I understand that by filing this consent, I will be bound by any settlement or judgment of the Court on all issues in this case.

Signature: /s/ Chris Hart     Date: 1-11-2020

Full Name: *(Please Print Clearly)* Chris Hart

I worked in the following State(s): Tennessee Nashville

Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BTM000014FEF8

BRADLEY HATCH

Claim Number 1001051

| | |
|---|---|
| JORDAN BAILEY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BLACK TIE MANAGEMENT COMPANY LLC, *et al.*,<br><br>    Defendants. | CASE NO. 2:19-cv-01677-EAS-KAJ<br><br>JUDGE EDMOND A. SARGUS, JR.<br><br>**CONSENT TO JOIN** |

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by Nilges Draher, LLC. I understand that by filing this consent, I will be bound by any settlement or judgment of the Court on all issues in this case.

Signature: *Bradley Hatch*  Date: Jan-6-20

Full Name: (*Please Print Clearly*) Bradley Hatch

I worked in the following State(s): Memphis, Tn.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BTM0000149C5B



JARED MATHIS

Claim Number 1000825

| | |
|---|---|
| JORDAN BAILEY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BLACK TIE MANAGEMENT COMPANY LLC, et al.,<br><br>    Defendants. | CASE NO. 2:19-cv-01677-EAS-KAJ<br><br>JUDGE EDMOND A. SARGUS, JR.<br><br>**CONSENT TO JOIN** |

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by Nilges Draher, LLC. I understand that by filing this consent, I will be bound by any settlement or judgment of the Court on all issues in this case.

Signature: *Jared Mathis*  Date: 4/3-83-2386

Full Name (Please Print Clearly) Jared Mathis

I worked in the following State(s): TN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BTM0000153FFD

MACKINSEY R STEPHENS

Claim Number 1001187

| | |
|---|---|
| JORDAN BAILEY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BLACK TIE MANAGEMENT COMPANY LLC, et al.,<br><br>    Defendants. | CASE NO. 2:19-cv-01677-EAS-KAJ<br><br>JUDGE EDMOND A. SARGUS, JR.<br><br>**CONSENT TO JOIN** |

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by Nilges Draher, LLC. I understand that by filing this consent, I will be bound by any settlement or judgment of the Court on all issues in this case.

Signature: _/s/ Mackinsey Stephens_   Date: 1/15/20

Full Name: (Please Print Clearly) Mackinsey Ryan Stephens

I worked in the following State(s): TN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BTM0000154F8C

KYLER TAYLOR

Claim Number 1001220

| | |
|---|---|
| JORDAN BAILEY, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | CASE NO. 2:19-cv-01677-EAS-KAJ |
| vs. ) ) | JUDGE EDMOND A. SARGUS, JR. |
| BLACK TIE MANAGEMENT COMPANY LLC, et al., ) ) ) | **CONSENT TO JOIN** |
| Defendants. ) | |

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by Nilges Draher, LLC. I understand that by filing this consent, I will be bound by any settlement or judgment of the Court on all issues in this case.

Signature: _____  Date: 1-6-20

Full Name: (*Please Print Clearly*) Kyler Lynn Taylor

I worked in the following State(s): Tennessee

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BTM000015526A

JEFFREY TEAGUE

Claim Number 1001228

| | |
|---|---|
| JORDAN BAILEY, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) CASE NO. 2:19-cv-01677-EAS-KAJ ) ) JUDGE EDMOND A. SARGUS, JR. |
| vs. | ) ) |
| BLACK TIE MANAGEMENT COMPANY LLC, et al., | ) **CONSENT TO JOIN** ) ) |
| Defendants. | ) |

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by Nilges Draher, LLC. I understand that by filing this consent, I will be bound by any settlement or judgment of the Court on all issues in this case.

Signature: _[signed] Teague_   Date: 12/20/19

Full Name: (Please Print Clearly) JEFFREY TEAGUE

I worked in the following State(s): TN, Nashville

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BTM0000156F46

ANTONIO TURNER

Claim Number 1001305

| | |
|---|---|
| JORDAN BAILEY, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) CASE NO. 2:19-cv-01677-EAS-KAJ ) |
| vs. | ) JUDGE EDMOND A. SARGUS, JR. ) |
| BLACK TIE MANAGEMENT COMPANY LLC, *et al.*, | ) **CONSENT TO JOIN** ) ) |
| Defendants. | ) |

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by Nilges Draher, LLC. I understand that by filing this consent, I will be bound by any settlement or judgment of the Court on all issues in this case.

Signature: _Antonio A. Turner_  Date: 1-4-2020

Full Name: (*Please Print Clearly*) Antonio Angelo Turner

I worked in the following State(s): Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BTM000016C932

AVERY WILLIAMS

Claim Number 1002094

JORDAN BAILEY, on behalf of himself and all others similarly situated,

 Plaintiff,

vs.

BLACK TIE MANAGEMENT COMPANY LLC, et al.,

 Defendants.

CASE NO. 2:19-cv-01677-EAS-KAJ

JUDGE EDMOND A. SARGUS, JR.

**CONSENT TO JOIN**

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by Nilges Draher, LLC. I understand that by filing this consent, I will be bound by any settlement or judgment of the Court on all issues in this case.

Signature: *Avery Williams*   Date: 1/24/20

Full Name: (*Please Print Clearly*) Avery Tsithy Williams

I worked in the following State(s): Tennessee

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BTM000014F3BC

RODOLFO YSAGUIRE

Claim Number 1001018

| | |
|---|---|
| JORDAN BAILEY, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | CASE NO. 2:19-cv-01677-EAS-KAJ |
| vs. ) ) | JUDGE EDMOND A. SARGUS, JR. |
| BLACK TIE MANAGEMENT COMPANY LLC, *et al.*, ) ) ) | **CONSENT TO JOIN** |
| Defendants. ) | |

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by Nilges Draher, LLC. I understand that by filing this consent, I will be bound by any settlement or judgment of the Court on all issues in this case.

Signature: *Rodolfo Ysaguirre*    Date: 1/14/20

Full Name: (*Please Print Clearly*) Rodolfo Ysaguirre

I worked in the following State(s): Dallas, TX