IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JORDAN BAILEY, on behalf of himself and others similarly situated,** </br>　　　　Plaintiff, </br></br>vs. </br></br>**BLACK TIE MANAGEMENT COMPANY LLC, et al.,** </br>　　　　Defendants. | Case No. 2:19-cv-01677 </br></br>Judge Edmond A. Sargus, Jr. </br>Magistrate Judge Kimberly A. Jolson </br></br>**NOTICE OF FILING CONSENT TO JOIN FORMS PURSUANT TO 29 U.S.C. § 216(b)** |

Named Plaintiff Jordan Bailey hereby files the attached Consent to Join forms pursuant to 29 U.S.C. § 216(b) for the following individuals: Caleb Brown and Kenneth Elliott.

　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　**NILGES DRAHER LLC**

　　　　　　　　　　　　　　　　　*/s/Robi J. Baishnab*
　　　　　　　　　　　　　　　　　Robi J. Baishnab (0086195)
　　　　　　　　　　　　　　　　　Robi J. Baishnab (0086195)
　　　　　　　　　　　　　　　　　34 N. High St., Ste. 502
　　　　　　　　　　　　　　　　　Columbus, OH 43215
　　　　　　　　　　　　　　　　　Telephone:　(614) 824-5770
　　　　　　　　　　　　　　　　　Facsimile:　(330) 754-1430
　　　　　　　　　　　　　　　　　Email:　rbaishnab@ohlaborlaw.com

　　　　　　　　　　　　　　　　　Hans A. Nilges (0076017)
　　　　　　　　　　　　　　　　　Shannon M. Draher (0074304)
　　　　　　　　　　　　　　　　　7266 Portage Street, N.W., Suite D
　　　　　　　　　　　　　　　　　Massillon, OH 44646
　　　　　　　　　　　　　　　　　Telephone:　(330) 470-4428
　　　　　　　　　　　　　　　　　Facsimile:　(330) 754-1430
　　　　　　　　　　　　　　　　　Email:　hans@ohlaborlaw.com
　　　　　　　　　　　　　　　　　　　　　　sdraher@ohlaborlaw.com

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robi J. Baishnab
Robi J. Baishnab (0086195)
*Counsel for Plaintiffs*
