IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BTM000014DF76

CALEB BROWN

Claim Number 1000971

| | |
|---|---|
| JORDAN BAILEY, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>BLACK TIE MANAGEMENT COMPANY LLC, *et al.*,<br><br>　　　Defendants. | CASE NO. 2:19-cv-01677-EAS-KAJ<br><br>JUDGE EDMOND A. SARGUS, JR.<br><br>**CONSENT TO JOIN** |

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by Nilges Draher, LLC. I understand that by filing this consent, I will be bound by any settlement or judgment of the Court, on all issues in this case.

Signature: *[signed]*　　　　　　　　　　　　　Date: 2/1/20

Full Name: (*Please Print Clearly*) Caleb Brown

I worked in the following State(s): Ohio

Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BTM0000158243

KENNETH ELLIOTT

Claim Number 1001345

| | |
|---|---|
| JORDAN BAILEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLACK TIE MANAGEMENT COMPANY LLC, et al.,<br><br>Defendants. | CASE NO. 2:19-cv-01677-EAS-KAJ<br><br>JUDGE EDMOND A. SARGUS, JR.<br><br>**CONSENT TO JOIN** |

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action. I agree to be represented by Nilges Draher, LLC. I understand that by filing this consent, I will be bound by any settlement or judgment of the Court on all issues in this case.

Signature: _Kenneth Elliott_ Date: 01/15/2020

Full Name: (Please Print Clearly) Kenneth Elliott

I worked in the following State(s): Tennessee