AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Jordan Bailey, on behalf of himself and all others similary situated, | ) ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.    2:19-cv-1677 |
| Black Tie Management Company LLC, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:    Pursuant to the Opinion and Order filed 8/12/2020 The Court GRANTS ECF No. [77]  Joint Motion for Fair Labor
Standards Act Settlement Approval.  The Settlement Agreement ECF No. [77-1] is APPROVED and the case is
DISMISSED. This Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement
Agreement
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for _____
_____ .

Date:       08/12/2020

CLERK OF COURT

*Christine M. Wern*

*Signature of Clerk or Deputy Clerk*